IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 24-60709-CIV-MD

GEORGE TZELEPIS, et al.,

    Plaintiffs,

v.

FEDERAL EMERGENCY MANAGEMENT
AGENCY,

    Defendant.
_____/

**JOINT MOTION FOR LEAVE TO CONDUCT MEDIATION
REMOTELY (BY ZOOM VIDEOCONFERENCE)**

COME NOW the Plaintiffs, George Tzelepis, et. al., and the Defendant, Federal Emergency Management Agency ("FEMA"), by and through undersigned counsels, and jointly move the Court for leave to conduct the mediation required by the Court's Order remotely via Zoom videoconference (or other remote means) and in support thereof state as follows:

1. The Court entered the ORDER SETTING TRIAL AND PRE-TRIAL SCHEDULE, REQUIRING MEDIATION, AND REFERRING CERTAIN MATTERS TO MAGISTRATE JUDGE on August 5, 2024.

2. The Order requires the parties to conduct in-person mediation by November 15, 2024.

3. The parties were able to agree to selecting Eric Kleinman as the mediator in this matter.

4. The parties have tentatively reserved November 6, 2024 at 2:30pm for the mediation conference to occur.

5. The Parties, by counsel, seek leave from the Court to conduct the mediation in this matter required by Order remotely via Zoom videoconference.

6. The Defendant's agency representative is located in Washington D.C. and remote mediation would allow for the agent to appear via Zoom videoconference.

7. Plaintiffs' counsel is located in Fort Myers, Florida and remote mediation would allow for counsel to appear via Zoom videoconference.

8. The Parties certify that conducting the mediation via Zoom will have no effect on the potential for settlement and that the matter will be just as likely to resolve if the mediation is conducted via Zoom.

9. Counsel for Plaintiffs and Counsel for Defendant have conferred on this matter and jointly consent to the proposed relief.

WHEREFORE, Plaintiffs, George Tzelepis and Dimitra Komninaki, and Defendant, Federal Emergency Management Agency, respectfully request that this Court grant the Joint Motion for Leave to Conduct Mediation Remotely.

Dated: September 4, 2024

                Respectfully submitted,

By: /s/ *Dwight Walker*
**WALKER & FELKNOR of**
**Ave Maria Law Office PLLC**
Attorney for Plaintiffs
12585 New Brittany Blvd
Fort Myers, Florida 33907
Phone: (239) 350 5444
Email: Dwight@avelawfirm.com
        Email@avelawfirm.com

By: /s/ Steven R. Petri
Steven R. Petri
Assistant United States Attorney
Federal Bar No. A5500048
500 E. Broward Blvd., Suite 700
Ft. Lauderdale, FL 33394
954-660-5799 Fax no. 954-356-7180
Email: Steve.Petri@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2024, a true and correct copy of the foregoing Joint Motion for Leave to Conduct Mediation Remotely was electronically filed using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                                 */s/ Dwight Walker*
                                               Dwight Walker